# Courtroom Minute Sheet
## ARRAIGNMENT/PLEA/CHANGE OF PLEA
## WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date: 6/28/2017　　Case No. 4:17CR286-RLW

UNITED STATES OF AMERICA vs. Kathleen Essick

Judge: Ronnie L. White　　Court Reporter: Debbie Kriegshauser

Deputy Clerk: N. Blasko　　Interpreter: n/a

Assistant United States Attorney(s): James Crowe

Attorney(s) for Defendant: Matthew Radefeld

**Arraignment/Waiver of Indictment/Plea:**
- [✓] Defendant sworn. Defendant's age 35　Education Graduated College
- [ ] Defendant waives assistance of counsel [ ] Waiver filed
- [✓] Defendant signs waiver of indictment and consents to proceed by information
- [ ] Criminal [ ] superseding [✓] information [ ] indictment filed
- [ ] Defendant waives reading of indictment/information [ ] Defendant arraigned
- [✓] Defendant enters a plea of [✓] GUILTY [ ] NOT GUILTY
  - to counts one of the [ ] superseding [ ] indictment [✓] information
- [ ] Pretrial Motions Order [ ] issued [ ] to issue

**Change of Plea:**
- [ ] The Court finds the defendant competent to enter a plea of guilty.
- [ ] By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilty to count(s) _____ of the [ ] superseding [ ] information [✓] indictment
- [✓] Guilty Plea Agreement filed [✓] Guilty Plea Agreement filed under seal
- [ ] Ordered that count(s) _____ be held in abeyance until sentencing
- [ ] Ordered that pending motions as to defendant _____ are denied as moot
- [✓] Sentencing set 9/27/2017 at 10:00 a.m.
- [✓] OBJECTIONS TO OR ACCEPTANCE OF PSR DUE 9/6/2017
- [ ] Defendant is remanded to custody [✓] Defendant is released on existing bond

Probation Officer: Present

Proceedings commenced 10:35 a.m. concluded at 10:55 a.m.